# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

## UNITED STATES

### v.

**Staff Sergeant JAMES B. RICHEY**
**United States Air Force**

**ACM S32362**

**20 September 2016**

Sentence adjudged 29 September 2015 by SPCM convened at Joint Base Elmendorf-Richardson, Alaska. Military Judge: Brendon K. Tukey (sitting alone).

Approved Sentence: Bad-conduct discharge, confinement for 7 months, and reduction to E-1.

Appellate Counsel for Appellant: Major Isaac C. Kennen and Brian L. Mizer, Esquire.

Appellate Counsel for the United States: Colonel Katherine E. Oler.

Before

DREW, J. BROWN, and MINK
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

KURT J. BRUBAKER
Clerk of the Court